U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV 03 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **CHERYL HILL, ET AL** | *CIVIL ACTION NO. 07-1607 |
| VS. | *JUDGE WALTER |
| **SHERIFFS OFFICE IBERIA PARISH, ET AL** | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss [rec. doc. 49] is **GRANTED**, and that all claims against Will Langlinais, Ceasar Comeaux, M. Larry Richard, Maggie Daniels, Curtis Boudoin, Rayward Fremin, Jr., Lloyd Brown, Bernard Broussard, George T. Gros, Barry Verret, Glenn P. Romero, Roger Duncan, Jerome W. Fitch, Zeb Simon, and Naray Hulin, are **DISMISSED WITH PREJUDICE.**

Shreveport, Louisiana, this 3 day of Nov, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE