J.S. DISTRICT COURT
.ESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

DEC 05 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CHERYL HILL, ET AL | *CIVIL ACTION NO. 07-1607 |
| VS. | *JUDGE WALTER |
| SHERIFFS OFFICE IBERIA PARISH, ET AL | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss [rec. doc. 26] is **GRANTED**, and that all claims against Hilda Curry, Therese Segura, Ernest Wilson, David Broussard, Rocky Romero, Raymond Lewis, Dan Doerle and Freddie DeCourt in their individual capacities, are **DISMISSED WITH PREJUDICE**.

Shreveport, Louisiana, this 5 day of December 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE