U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 2 0 2009

ROBERT H. SHEMWELL, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **CHERYL HILL, ET AL** | *CIVIL ACTION NO. 07-1607 |
| **VS.** | *JUDGE WALTER |
| **SHERIFFS OFFICE IBERIA PARISH, ET AL** | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and having received written objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion for Summary Judgment filed by defendants, Sheriff Sid Hebert, Jeff Schmidt, Bret Broussard, Erin Ashley Irby, Jeff Matthews, Darren Bourque, Matthew Smith, Andres Gonzales, Scott Clostio, Stephen Hill, Jeremy Hatley, Joseph Nissen, and Latonya Perry [rec. doc. 43] is GRANTED, and that all claims under 42 U.S.C. § 1983 against these defendants are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that plaintiffs' state law claims are DISMISSED WITHOUT PREJUDICE.

Shreveport, Louisiana, this 28 day of March, 2009.

*signature*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE