RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/31/2009
BY

# IN THE UNITED STATES DISTRICT COURT FOR

## THE WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CHERYL HILL, ET AL. | CIVIL ACTION NO. 07-1607 |
| versus | JUDGE WALTER |
| SHERIFFS OFFICE IBERIA PARISH, ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the absence of any objections, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that the Motion for Summary Judgment filed by defendants, Hilda Curry (the "Mayor"), Therese Segura, Ernest Wilson, David Broussard, Rocky Romero, Raymond Lewis, Dan Doerle and Freddie DeCourt [doc. 53] is hereby **DISMISSED AS MOOT.**

**THUS DONE and SIGNED**, in Shreveport, Louisiana, on this 31st day of March, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE